Seth M. Schwartz (SS 2530)
William F. Clarke, Jr. (WC 3501)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Attorneys for Defendant
International Fund Services (Ireland) Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| THE PENSION COMMITTEE OF THE UNIVERSITY OF MONTREAL PENSION PLAN, et al., | : : : | |
| Plaintiffs, | : | 05-CV-09016 (SAS) |
| - against - | : | ECF Case |
| BANC OF AMERICA SECURITIES, LLC, CITCO FUND SERVICES (CURACAO) N.V., THE CITCO GROUP LIMITED, INTERNATIONAL FUND SERVICES (IRELAND) LIMITED, PRICEWATERHOUSECOOPERS (NETHERLAND ANTILLES), JOHN W. BENDALL, JR., RICHARD GESIT, ANTHONY STOCKS, KIERAN CONROY and DECLAN QUILLIGAN, | : : : : : : | **NOTICE OF MOTION** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the annexed complaint, the accompanying affidavit of Susan Byrne, and the exhibits attached thereto, the accompanying memorandum of law, and all prior proceedings had herein, defendant International Fund Services (Ireland) Limited ("IFSI") will move before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint as

against IFSI for lack of personal jurisdiction over, and failure to state a claim for relief against, IFSI.

IFSI hereby certifies that the undersigned exchanged letters with plaintiffs' counsel in an effort to resolve the issues raised by this motion but were unable to reach any resolution or otherwise eliminate the need for this motion.

Dated: November 7, 2005

                    SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

            By: \s\ Seth M. Schwartz
                Seth M. Schwartz (SS 2530)
                William F. Clarke, Jr. (WC 3501)
                Four Times Square
                New York, New York 10036-6522
                (212) 735-3000

                Attorneys for Defendant
                International Fund Services (Ireland) Limited