

Lancer Offshore, Inc.

British Virgin Islands

1998

## 2.1 Report from the investment manager

Dear Shareholder,

Lancer Offshore's year concluded with a fairly strong December, as the abating of year-end tax selling pressure allowed a number of our holdings to commence a recovery. The portfolio's defensive positions also detracted less from overall performance than either in October or November. Consequently, the December 31st NAV stood at a record 456,23 up from 417,24 a year ago, suggesting an approximately mid-teen gross advance for the year. Although we are far from satisfied with this performance, the outcome could have been worse considering that from a market sentiment perspective, 1998 represented the worst of all possible scenarios for Lancer strategies, with the Russell 2000 (our customary investment universe) registering a mid-single digit decline, while the S&P 500, our standard target for short-selling ideas, advanced 27%. The average hedge fund broke even for the year, but emerged significantly bruised in reputation, partly a courtesy of the sensation seeking media.

The most severe impediment to performance was the surge in redemption requests which commenced in late summer, necessitating the liquefying of the portfolio at a time during which any savvy stock-picker would have been bargain hunting. Historically, there has been nothing more conducive to procreating pricing inefficiencies than a spirited market panic.

Since inception in October of 1995, Lancer Offshore's NAV rose 356% vs. 36% for the Russell 2000 (our key benchmark) and 110% for the S&P 500. During that time the fund experienced only one quarterly decline of 5% compared to five for the Russell 2000 with an aggressive draw-down of 40%.

Although we remain concerned about the large cap index's valuations, we believe the Fund's value-based, catalyst-driven holdings will continue to deliver positive absolute returns, with minimal market correlation.

Sincerely,


Michael Lauer
April 1999

# PriceWaterhouseCoopers

### 3.1 Statement of assets and liabilities as of December 31, 1998 (expressed in U.S. Dollars)

|  | 1998 |  |
|---|---:|---:|
|  | USD | USD |
| **Assets** |  |  |
| Investment securities, at market value (cost at USD 256,621,299) | 362,970,784 |  |
| Cash | 2,063,948 |  |
| Receivable for securities sold | 5,024,359 |  |
| Interest and dividend receivable | 306,916 |  |
| Deferred organization expenses | 12,653 |  |
| **Total assets** |  | 370,378,660 |
| **Liabilities** |  |  |
| Due to brokers | 26,053,098 |  |
| Payable for securities purchased | 12,504,429 |  |
| Incentive fee payable | 5,513,453 |  |
| Due to shareholders | 2,055,991 |  |
| Equalization payable | 1,418,960 |  |
| Management fee payable | 758,949 |  |
| Other payables and accrued expenses | 608,670 |  |
| **Total liabilities** |  | 48,913,550 |
| Net assets, applicable to 704,611.95 shares issued and outstanding at December 31, 1998 |  | 321,465,110 |
| Net asset value per share |  | 456.23 |

The accompanying notes are an integral part of these financial statements.

*Lancer Offshore, Inc.*  9

**PRICEWATERHOUSECOOPERS**

**3.3  Statement of changes in net assets for the year ended December 31, 1998 and December 31, 1997 (expressed in U.S. Dollars)**

|  | 1998 | 1997 |
|---|---:|---:|
|  | USD | USD |
| **Net assets** |  |  |
| Beginning of the year | 130,612,648 | 24,438,784 |
| **From investment activities** |  |  |
| Net investment loss | (10,641,882) | (10,196,005) |
| Net realized (loss)/gain on investments | (13,633,046) | 817,127 |
| Net change in unrealized appreciation in value of investments | 47,406,005 | 44,829,726 |
| Increase in net assets resulting from operations | 23,131,077 | 35,450,848 |
| **Capital share transactions** |  |  |
| Proceeds from the issuance of shares | 200,217,993 | 89,090,085 |
| Redemptions of shares | (32,496,608) | (18,367,069) |
| Increase in net assets resulting from capital share transactions | 167,721,385 | 70,723,016 |
| **Net assets at the end of the year** | 321,465,110 | 130,612,648 |

The accompanying notes are an integral part of these financial statements.

*Lancer Offshore, Inc.*  11

# PricewaterhouseCoopers

Lancer Offshore, Inc.

British Virgin Islands

1999

# PricewaterhouseCoopers

### 3.1 Statement of assets and liabilities as of December 31, 1999 (expressed in U.S. Dollars)

|  | 1999 USD | USD |
|---|---:|---:|
| **Assets** | | |
| Investment securities, at market value (cost at USD 261,176,527) | 601,614,586 | |
| Cash | 1,002,119 | |
| Receivable for securities sold | 624,572 | |
| Interest and dividend receivable | 566,335 | |
| Due from shareholders | 12,337 | |
| Other receivables | 76,815 | |
| **Total assets** | | 603,896,764 |
| **Liabilities** | | |
| Investment securities sold short, at market value (proceeds at USD 2,011,952) | 2,693,750 | |
| Incentive fee payable | 48,173,169 | |
| Deferred incentive fee payable | 18,742,173 | |
| Payable for securities purchased | 5,282,348 | |
| Due to brokers | 5,222,496 | |
| Equalization payable | 3,139,311 | |
| Management fee payable | 1,284,829 | |
| Due to shareholders | 1,148,121 | |
| Other payables and accrued expenses | 639,504 | |
| **Total liabilities** | | 86,325,701 |
| Net assets, applicable to 706,652.54 shares issued and outstanding at December 31, 1999 | | 517,571,063 |
| Net asset value per share | | 732.43 |

The accompanying notes are an integral part of these financial statements.

*Lancer Offshore, Inc.*

9

# PricewaterhouseCoopers

### 3.3  Statement of changes in net assets for the year ended December 31, 1999 and December 31, 1998 (expressed in U.S. Dollars)

|  | 1999 | 1998 |
|---|---:|---:|
|  | USD | USD |
| **Net assets** |  |  |
| Beginning of the year | 321,465,110 | 130,612,648 |
| **From investment activities** |  |  |
| Net investment loss | (64,913,412) | (10,641,882) |
| Net realized gain/(loss) on investments | 26,358,155 | (13,633,046) |
| Net change in unrealized appreciation in value of investments | 233,406,776 | 47,406,005 |
| Increase in net assets resulting from operations | 194,851,519 | 23,131,077 |
| **Capital share transactions** |  |  |
| Proceeds from the issuance of shares | 98,050,168 | 200,217,993 |
| Redemptions of shares | (96,795,734) | (32,496,608) |
| Increase in net assets resulting from capital share transactions | 1,254,434 | 167,721,385 |
| **Net assets at the end of the year** | 517,571,063 | 321,465,110 |

The accompanying notes are an integral part of these financial statements.

Lancer Offshore, Inc.

British Virgin Islands

2000

### 3.1 Statement of assets and liabilities as of December 31, 2000
*(expressed in U.S. Dollars)*

|  | 2000 |  |
|---|---:|---:|
|  | USD | USD |
| **Assets** |  |  |
| Investment securities, at market value (cost at USD 289,329,944) | 709,774,347 |  |
| Cash at banks | 131,931 |  |
| Receivable for securities sold | 2,479,476 |  |
| Interest and dividend receivable | 1,993,958 |  |
| **Total assets** |  | 714,379,712 |
| **Liabilities** |  |  |
| Incentive fee payable | 17,645,997 |  |
| Deferred incentive fee payable | 42,276,322 |  |
| Due to brokers | 13,422,244 |  |
| Payable for securities purchased | 7,232,328 |  |
| Equalization payable | 3,351,864 |  |
| Management fee payable | 1,524,406 |  |
| Consulting services payable | 1,005,000 |  |
| Due to shareholders | 72,758 |  |
| Other payables and accrued expenses | 156,768 |  |
| **Total liabilities** |  | 86,687,687 |
| Net assets, applicable to 747,056.77 shares issued and outstanding at December 31, 2000 |  | 627,692,025 |
| **Net assets are comprised of:** |  |  |
| Capital shares | 295,405,036 |  |
| Accumulated net investment loss | (111,932,612) |  |
| Accumulated net realized gain on investments | 34,301,291 |  |
| Net unrealized appreciation in value of investments | 420,444,403 |  |
|  | 638,218,118 |  |
| Accumulated net appreciation on deferred incentive fees | (10,526,093) |  |
| Net assets |  | 627,692,025 |
| Net asset value per share |  | 840.22 |

The accompanying notes are an integral part of these financial statements.

*Lancer Offshore, Inc.*

10

### 3.3 Statement of changes in net assets for the year ended December 31, 2000 and December 31, 1999 (expressed in U.S. Dollars)

|  | 2000 | 1999 |
|---|---:|---:|
|  | USD | USD |
| **Net assets** |  |  |
| Beginning of the year | 517,571,063 | 321,465,110 |
|  |  |  |
| **From Investment activities** |  |  |
| Net investment loss | (30,102,381) | (57,845,722) |
| Net realized gain on investments | 20,092,862 | 26,358,155 |
| Net change in unrealized appreciation in value of investments | 80,688,173 | 233,406,776 |
| Appreciation on deferred incentive fees | (3,458,403) | (7,067,690) |
| Increase in net assets resulting from operations | 67,219,251 | 194,851,519 |
|  |  |  |
| **Capital share transactions** |  |  |
| Proceeds from the issuance of shares | 166,928,519 | 101,189,479 |
| Equalization capital contributed to subscription | (3,351,864) | (3,139,311) |
| Redemptions of shares | (120,674,944) | (96,795,734) |
| Increase in net assets resulting from capital share transactions | 42,901,711 | 1,254,434 |
|  |  |  |
| Net assets at the end of the year | 627,692,025 | 517,571,063 |

The accompanying notes are an integral part of these financial statements.

*Lancer Offshore, Inc.*                                                                 12

# PricewaterhouseCoopers

**Lancer Offshore, Inc.**

**Financial statements**
**December 31, 2001 and 2000**

PricewaterhouseCoopers

### 1.1 Board of Directors and Service Providers

**Registered Office:**

Lancer Offshore, Inc.
c/o Citco B.V.I. Limited
Citco Building
Wickams Cay
Road Town, Tortola
British Virgin Islands

**Board of Directors:**

Anthony Stocks* (until July 17, 2001)
Kieran Conroy*
Declan Quilligan* (with effect from July 17, 2001)

**Investment manager:**

Lancer Management Group, LLC.
350 Bedford Street
Stamford, CT 06901
U.S.A.

**Administrator, Registrar and Transfer Agent:**

Citco Fund Services (Curaçao) N.V.
Kaya Flamboyan 9
P.O. Box 812
Curaçao, Netherlands Antilles

**Legal Counsel:**

Robinson Silverman Pearce
Aronsohn & Berman LLP.
1290 Avenue of the Americas
New York, NY 10104
U.S.A.

**British Virgin Islands Special Counsel:**

Conyers Dill & Pearman
Romasco Place
Wickham's Cay I
P.O. Box 3140
Road Town, Tortola
British Virgin Islands

**Auditors:**

PricewaterhouseCoopers
Julianaplein 38
P.O. Box 360
Curaçao, Netherlands Antilles

**Custodian:**

Banc of America Securities, LLC.
9 West 57th Street – 17th Floor
New York, NY 10019
U.S.A.

* Independent non – executive directors

*Lancer Offshore, Inc.*     4

# PRICEWATERHOUSECOOPERS

### 3.1 Statements of assets and liabilities as of December 31, 2001 and 2000 (expressed in U.S. Dollars) continued

|  | 2001 | | 2000 | |
|---|---|---|---|---|
|  | USD | USD | USD | USD |
| Net assets are comprised of: | | | | |
| Capital shares | 377,624,652 | | 295,405,036 | |
| Accumulated net investment loss | (144,762,474) | | (111,932,612) | |
| Accumulated net realized gain on investments | 25,676,793 | | 34,301,291 | |
| Net unrealized appreciation in value of investments | 530,047,730 | | 420,444,403 | |
|  | | 788,586,701 | | 638,218,118 |
| Accumulated net appreciation on deferred incentive fees | | (14,783,676) | | (10,526,093) |
| Net assets | | 773,803,025 | | 627,692,025 |
| Net asset value per share | | 915.43 | | 840.22 |

The accompanying notes are an integral part of these financial statements.

*Lancer Offshore, Inc.*     11

# PRICEWATERHOUSECOOPERS

The Fund has control whether direct or indirect, as defined by IAS 27 and IAS 28, over underlying companies in which it has investments with a total approximate value of USD 505,717,858 as of year-end. The investment manager considers it would be misleading to prepare financial statements that consolidate any such controlled entity, since all these investments are held for capital appreciation and has the intention to hold them temporarily.

The Fund also invests in certain privately issued securities, including warrants, which based on the judgment of the investment manager are illiquid or are otherwise subject to contractual restrictions on disposition but which the investment manager anticipates will become liquid (whether pursuant to a registration right or otherwise).

The investment manager with the consent of the Board of Directors has applied the following valuation methodologies for the unlisted and non-market trading securities at year end:

I. Warrants at their natural premium (fair value of stock less exercise price).
II. Bridge financing notes at nominal value subject to provision for permanent diminution in value.
III. Preferred stocks at cost.

The Fund participates in bridge financing transactions with public and private companies. Bridge financing generally takes the form of an unsecured loan to a company for a specified period of time. The company, in addition to issuing a promissory note to the Fund for the loan, will generally also issue some form of equity. The equity component can consist of warrants, options, preferred stock, common stock, the right to convert all or part of the loan to equity and other variations.

# PRICEWATERHOUSECOOPERS

There were investments valued at USD 3,017,460 in the financial statements of which the underlying companies have either ceased operations or are in bankruptcy proceedings. The Fund has written off these investments in 2002, with the effects reflected in the 2002 net asset value of the Fund.

The Fund has issued a new Placement Memorandum dated February 15, 2002.

During February 2002, Mr. R. Geist and Mr. J. Bendall have replaced Mr. D. Quilligan and Mr. K. Conroy as non-executive Directors.