*The Pension Committee of the University of Montreal Pension Plan v. Banc of America Securities, LLC*, No. 05-CV-09016 (SAS)(S.D. NY)

**Plaintiffs Who Fail to Allege Any Dates of Purchases**

| Plaintiff | Amount ($) | Fund |
|---|---|---|
| AXA Alternatives Advisors, Inc. | 500,000.00 | Lancer Offshore |
| Banque Privee Edmond de Rothschild Europe | 1,640,463.96 | Lancer Offshore |
| Banque Privee Edmond de Rothschild Europe/Isofin | 3,000,000.00 | Lancer Offshore |
| Base Force, Ltd. | 1,100,000.00 | Lancer Offshore |
| Cedar Fund | 2,000,000.00 | Lancer Offshore |
| Clearwater Commercial Enterprises, Inc. | 110,437.71 | Lancer Offshore |
| Clearwater Commercial Enterprises, Inc. | 203,165.65 | OmniFund |
| Dirmica Investment Ltd. | 3,899,675.54 | Lancer Offshore |
| Dirmica Investment Ltd. | 2,077,814.85 | OmniFund |
| Fondation Lilla | 150,225.14 | Lancer Offshore |
| Fortis Global Custody Management and Trustee Services (Ireland) Ltd. as trustee for Coronation Universal Fund | 8,000,000.00 | Lancer Offshore |
| Christa Gunter | 100,000.00 | Lancer Offshore |
| HSBC Republic (USA) Inc. | 1,000,000.00 | Lancer Offshore |
| Hunnicutt & Co. Inc. | 580,361.10 | Lancer Offshore |
| International Active Fund of Funds | 20,750,000.00 | Lancer Offshore |
| IRA fbo William Hunnicut VFTC as Custodian | 1,652,254.63 | Lancer Offshore |
| The Israel Henry Beren Charitable Trust | 5,000,000.00 | Lancer Offshore |
| Cecile Lescoat | 55,825.62 | Lancer Offshore |
| Mirelis InveTrust SA | 3,500,000.00 | Lancer Offshore |
| Vittorio Mosca | 500,000.00 | Lancer Offshore |
| National Bank of Canada | 10,000.00 | Lancer Offshore |
| Pension Committee of Regime des Rentes du Mouvement Desjardins | 10,000,000.00 | Lancer Offshore |
| Anne-Chantal Pigelet | 349,994.33 | Lancer Offshore |
| Pictet & Cie Banquiers | 5,277,076.30 | Lancer Offshore |
| Rothschild Gestion | 500,000.00 | Lancer Offshore |
| Seven Seas Portfolio A Ltd. | 1,000,000.00 | Lancer Offshore |
| SPGP (Societe Privee de Gestion de Patrimoine) | 1,000,000.00 | Lancer Offshore |
| Jo-Ann St. Germain | 258,000.00 | Lancer Offshore |
| Trendtrust SA | 1,000,000.00 | Lancer Offshore |
| James Vaughan | 660,000.00 | Lancer Offshore |
| Wyatt Incorporated Employees Profit Sharing Plan | 2,330,000.00 | Lancer Offshore |

*See* Compl. ¶ 14.

*The Pension Committee of the University of Montreal Pension Plan v. Banc of America Securities, LLC*, No. 05-CV-09016 (SAS)(S.D. NY)

**Plaintiffs Who Fail to Allege Specific Dates of Purchases**

| Plaintiff | Date Range of Purchases | Amount ($) | Fund |
|---|---|---|---|
| Aberdeen Investments Ltd. | 02/1998 - 02/2002 | 517,534.28 | Lancer Offshore |
| Dominion Resources Inc. Master Trust | 07/1999 - 07/2002 | 40,000,000.00 | Lancer Offshore |
| HSBC Private Bank (Suisse) SA | 05/1997 - 07/2002 | 8,198,659.51 | Lancer Offshore |
| HSBC Private Bank (Suisse) SA | 05/1997 - 07/2002 | 255,000.00 | OmniFund |
| Morton Meyerson Family Foundation | 03/2002 - 04/2002 | 3,000,000.00 | Lancer Offshore |

*See* Compl. ¶ 14.

*The Pension Committee of the University of Montreal Pension Plan v. Banc of America Securities, LLC*, No. 05-CV-09016 (SAS)(S.D. NY)

**Plaintiffs Who Allege Purchases Before March 2000**

| Plaintiff | Date Purchased | Amount ($) | Fund |
|---|---|---|---|
| Aries Trading Ltd. * | 04/01/97 | 105,000.00 | Lancer Offshore |
| Avison Company SA* | 02/25/00 | 500,000.00 | Lancer Offshore |
| Bombardier Trust (Canada) | 01/01/00 | 20,000,000.00 | Lancer Offshore |
| Bombardier Trust (U.S.) Master Trust * | 10/01/99<br>12/01/99 | 8,459,000.00<br>1,025,940.01 | Lancer Offshore |
| Andre Chagnon * | 06/01/98 | 2,000,000.00 | Lancer Offshore |
| The Devon Trust | 09/30/99<br>11/30/99 | 50,000.15<br>542,251.44 | Lancer Offshore |
| Alain Dunand* | 11/02/98<br>02/01/00 | 250,000.00<br>200,000.00 | Lancer Offshore |
| Edmond de Rothschild Multi Management | 10/31/97<br>10/31/97<br>12/31/97<br>01/31/98<br>02/28/98<br>02/03/00 | 500,000.00<br>400,000.00<br>100,000.00<br>200,000.00<br>537,000.00<br>640,000.00 | Lancer Offshore |
| Fondation J. Armand Bombardier | 11/30/99<br>01/31/00 | 2,700,000.00<br>3,500,000.00 | Lancer Offshore |
| Joyce Sinclair Spousal Trust * | 08/08/98 | 100,000.00 | Lancer Offshore |

| | | | |
|---|---|---|---|
| Kredeitbank Luxembourg a/c Special Opportunities Fund | 07/01/98<br>09/01/98<br>12/01/99<br>01/01/00 | 1,300,000.00<br>500,000.00<br>1,400,000.00<br>600,000.00 | Lancer Offshore |
| Kuwait and Middle East Financial Investment Company | 11/01/97<br>01/01/98<br>05/01/98<br>01/01/00 | 1,000,000.00<br>1,000,000.00<br>10,000,000.00<br>10,000,000.00 | Lancer Offshore |
| LGT Bank in Liechtenstein AG * | 10/1999 | 834,701.43 | Lancer Offshore |
| L.H. Logarithm Holdings SA | 11/30/99 | 49,999.66 | OmniFund |
| Madison Textiles Ltd. | 03/1997<br>08/1997<br>11/1997<br>06/1998<br>03/01/99<br>07/01/99<br>10/15/99 | 500,000.00<br>500,000.00<br>1,000,000.00<br>1,500,000.00<br>500,000.00<br>552,718.00<br>1,000,000.00 | OmniFund |
| Maestro Trading Inc. * | 06/1998 | 100,000.00 | Lancer Offshore |
| MeesPierson Nominees (Guernesy) Limited * | 02/06/98<br>03/06/98 | 972,256.82<br>107,147.77 | Lancer Offshore |
| Multivalor Invest Inc. * | 01/31/97 | 252,033.40 | Lancer Offshore |
| Nemrod Leveraged Holdings Ltd. | 02/01/99 | 700,000.00 | Lancer Offshore |
| Octogone Gestion SA | 06/1998<br>06/1998 | 16,837.00<br>20,712.00 | Lancer Offshore |
| Okabena Marketable Alternatives Fund, LLC | 01/04/99<br>02/01/99<br>03/01/99<br>04/01/99<br>10/01/99 | 2,000,000.00<br>1,000,000.00<br>1,500,000.00<br>1,000,000.00<br>1,500,000.00 | Lancer Offshore |

| | | | |
|---|---|---|---|
| Pension Committee of the University of Montreal | 07/01/98<br>10/01/98<br>10/01/99 | 17,000,000.00<br>15,000,000.00<br>14,000,000.00 | Lancer Offshore |
| Satnam Investments Ltd. ** | 05/01/99 | 1,000,000.00 | Lancer Offshore |
| Signet Multi-Manager Inc. and UEB (United European Bank) Geneva | 03/01/97<br>03/01/97<br>03/01/97<br>01/01/98<br>04/01/98<br>07/01/98<br>06/30/99 | 500,000.00<br>200,000.00<br>300,000.00<br>250,000.00<br>250,000.00<br>400,000.00<br>200,000.00 | Lancer Offshore |
| SIL Nominees Ltd. | 06/1997<br>12/1997<br>03/1998 | 250,000.00<br>500,000.00<br>170,000.00 | Lancer Offshore |
| Sperry Complete Manager Fund Ltd. | 07/01/96<br>12/02/96<br>11/01/99<br>12//01/99<br>01/01/00 | 350,000.00<br>200,000.00<br>501,314.64<br>98,683.98<br>68,120.83 | Lancer Offshore |
| St. George's Trust Company Ltd. * | 02/03/97 | 500,000.00 | Lancer Offshore |
| Stafford Fund Ltd. * | 05/29/98<br>02/01/00 | 600,000.00<br>500,000.00 | Lancer Offshore |
| WestWind Foundation Holdings Ltd. | 07/01/99<br>01/01/00 | 1,400,000.00<br>500,000.00 | Lancer Offshore |
| Taurus Trust * | 02/27/98 | 100,000.46 | Lancer Offshore |
| Venere Investments Limited * | 07/29/97 | 250,000.00 | Lancer Offshore |
| 171212 Canada Inc. * | 02/01/00 | 1,000,000.00 | Lancer Offshore |

| 9091-2601 Quebec Inv., Assignee of Sojecci Ltee. | 10/01/99 02/29/00 | 6,000,000.00 10,000,000.00 | Lancer Offshore |

\* Plaintiffs who allege purchases only prior to March, 2000.

*See* Compl. ¶ 14.

*The Pension Committee of the University of Montreal Pension Plan v. Banc of America Securities, LLC*, No. 05-CV-09016 (SAS)(S.D. NY)

**Plaintiffs Who Allege Purchases between March 2000 and February 12, 2002**

| Plaintiff | Date Purchased | Amount ($) | Fund |
|---|---|---|---|
| Altar Fund | 10/01/00<br>05/01/01 | 1,000,000.00<br>500,000.00 | Lancer Offshore |
| Altar Fund | 10/01/00<br>12/01/00<br>03/01/01<br>05/01/01<br>02/01/02 | 350,000.00<br>300,000.00<br>500,000.00<br>500,000.00<br>500,000.00 | OmniFund |
| Arrowsmith Fund Ltd. | 06/2001 | 1,976,433.10 | Lancer Offshore |
| Banco Nominees (I.O.M.) Ltd. | 04/25/01<br>08/10/01 | 200,000.00<br>200,000.00 | Lancer Offshore |
| John G. Barrie, Jr. IRA * | 11/01/00 | 250,000.00 | Lancer Offshore |
| Bombardier Trust (Canada) * | 03/01/00<br>04/01/00 | 6,960,608.60<br>6,900,000.00 | Lancer Offshore |
| Bombardier Trust (UK) | 03/01/00<br>04/01/00 | 6,000,000.00<br>8,328,000.00 | Lancer Offshore |
| Commonfund Global Hedged Partners, LLC * | 04/01/00<br>06/01/00<br>07/01/00<br>01/01/01 | 1,500,000.00<br>1,500,000.00<br>1,500,000.00<br>6,000,000.00 | Lancer Offshore |
| Condor Alternative Fund * | 10/2000<br>12/2001 | 700,000.00<br>400,000.00 | Lancer Offshore |
| Condor Alternative Fund * | 10/2000<br>06/2001 | 400,000.00<br>500,000.00 | OmniFund |
| Corbett Family Charitable Foundation Inc. * | 09/29/00 | 2,000,000.00 | Lancer Offshore |
| The Devon Trust | 08/31/00 | 824,997.33 | Lancer Offshore |
| Edmond de Rothschild Multi Management | 09/04/01 | 100,000.00 | Lancer Offshore |
| Ethos Investments Ltd. * | 10/01/00 | 200,000.00 | OmniFund |
| First Trust Corp., as trustees fbo Paul J. Simon, Shirley A. Simon, and Joseph Cueter * | 01/30/01<br>01/30/01<br>01/31/01<br>06/2001<br>06/2001 | 1,465,000.00<br>290,000.00<br>185,000.00<br>109,984.28<br>6,168.95 | Lancer Offshore |
| Fondation Lucie et Andre Chagnon * | 03/01/01<br>12/01/01 | 50,000,000.00<br>50,000,000.00 | Lancer Offshore |

| | | | |
|---|---|---|---|
| 9091-2601 Quebec Inc., Assignee of Sojecci Ltee. * | 03/01/00<br>03/01/00 | 2,000,000.00<br>2,000,000.00 | OmniFund |
| Fondation J. Armand Bombardier * | 05/01/01 | 2,200,000.00 | Lancer Offshore |
| Goulam Investments Inc. * | 11/30/01 | 500,000.00 | Lancer Offshore |
| GT Alpha | 01/01/02 | 900,000.00 | Lancer Offshore |
| Hermes Trading Ltd. * | 10/01/00 | 150,000.00 | OmniFund |
| Kredeitbank Luxembourg a/c Special Opportunities Fund | 2001 | 226,207.62 | Lancer Offshore |
| Kuwait and Middle East Financial Investment Company | 03/01/00<br>06/01/00<br>06/01/00 | 1,500,000.00<br>800,000.00<br>750,000.00 | Lancer Offshore |
| L.H. Logarithm Holdings SA * | 08/02/01 | 193,366.00 | OmniFund |
| Madison Textiles, Ltd. | 01/01/01<br>01/01/01 | 250,000.00<br>250,000.00 | OmniFund |
| Nemrod Leveraged Holdings Ltd. | 10/01/00<br>08/01/01<br>11/01/01 | 500,000.00<br>300,000.00<br>1,000,000.00 | Lancer Offshore |
| Nobilis SA, on behalf of Nobilis SA | 03/01/00 | 500,000.00 | Lancer Offshore |
| Nobilis SA, on behalf of Suzanne Fontan SCA * | 03/06/00<br>08/01/00 | 500,000.00<br>500,000.00 | Lancer Offshore |
| Octogone Gestion SA | 03/2001<br>04/2001<br>06/2001<br>06/2001<br>06/2001<br>06/2001<br>06/2001<br>06/2001<br>07/2001<br>11/2001<br>12/2001<br>12/2001<br>01/2002<br>01/2002 | 200,000.00<br>100,000.00<br>100,000.00<br>200,000.00<br>25,000.00<br>100,000.00<br>240,000.00<br>45,000.00<br>50,000.00<br>350,000.00<br>50,000.00<br>70,000.00<br>37,910.00<br>12,090.00 | Lancer Offshore |
| Okabena Marketable Alternatives Fund, LLC * | 04/03/00<br>01/02/01 | 2,500,000.00<br>1,300,000.00 | Lancer Offshore |
| Pension Committee of the University of Montreal * | 04/01/00<br>05/01/00 | 6,000,000.00<br>15,000,000.00 | Lancer Offshore |
| Pension Committee of the Pension Plan for the Regime de Retraite de la Corporation de L'Ecole Polytechnique * | 04/01/00<br>04/01/00<br>06/01/00<br>07/01/00 | 6,813,844.77<br>3,186,155.23<br>6,230,500.00<br>650,480.00 | Lancer Offshore |
| Signet Multi-Manager Inc. and UEB (United European Bank) Geneva * | 06/01/00<br>06/01/00 | 700,000.00<br>780,866.74 | Lancer Offshore |
| SIL Nominees Ltd. * | 12/2000 | 500,000.00 | Lancer Offshore |
| Sperry Complete Manager Fund Ltd. * | 11/01/00 | 26,301.00 | Lancer Offshore |

| | | | |
|---|---|---|---|
| StarVest Funds Ltd. | 01/01/02 | 6,000,000.00 | Lancer Offshore |
| Team Haas USA Ltd. * | 04/2001 | 1,500,000.00 | Lancer Offshore |
| Vidacos Nominees Ltd. * | 01/01/02 | 1,500,000.00 | Lancer Offshore |
| WestWind Foundation Holdings Ltd. * | 04/01/00 | 2,000,000.00 | Lancer Offshore |

* Plaintiffs who allege purchases only prior to February 12, 2002.

*See* Compl. ¶ 14.

*The Pension Committee of the University of Montreal Pension Plan v. Banc of America Securities, LLC*, No. 05-CV-09016 (SAS)(S.D. NY)

**Plaintiffs Who Allege Purchases After February 12, 2002**

| Plaintiff | Date Purchased | Amount ($) | Fund |
|---|---|---|---|
| Altar Fund | 08/01/02 | 100,000.00 | Lancer Offshore |
| Arrowsmith Fund Ltd. | 05/2002<br>05/2002 | 887,640.80<br>96,940.00 | Lancer Offshore |
| AXA Alternatives Advisors Inc. | 06/01/02<br>06/01/02<br>06/28/02<br>06/28/02<br>07/01/02<br>07/01/02 | 2,800,000.00<br>3,000,000.00<br>2,000,000.00<br>500,000.00<br>450,000.00<br>6,000,000.00 | Lancer Offshore |
| Banco Nominees (IOM) Ltd. | 04/11/02<br>08/13/02 | 200,000.00<br>300,000.00 | Lancer Offshore |
| Bank of Bermuda (Luxembourg) SA | 08/01/02 | 1,000,000.00 | Lancer Offshore |
| Bombardier Trust (UK) | 03/01/02<br>06/01/02 | 7,750,000.00<br>3,000,000.00 | Lancer Offshore |
| Claude Chagnon | 05/01/02 | 5,000,000.00 | Lancer Offshore |
| Commerz-bank Capital Markets Corp. | 05/01/02 | 3,000,000.00 | Lancer Offshore |
| Diversified Capital Management Ltd. | 05/01/02<br>06/01/02 | 3,000,000.00<br>3,000,000.00 | Lancer Offshore |
| Edmond de Rothschild Multi Management | 05/31/02 | 4,500,000.00 | Lancer Offshore |
| GT Alpha | 07/01/02 | 200,000.00 | Lancer Offshore |
| Kredeitbank Luxembourg a/c Special Opportunities Fund | 06/06/02<br>08/01/02 | 46,531.20<br>2,000,000.00 | Lancer Offshore |
| Kuwait and Middle East Financial Investment Company | 06/01/02 | 250,000.00 | Lancer Offshore |
| Livsforslkringsselskapet Nordea Liv Norge AS | 04/01/02 | 4,500,000.00 | Lancer Offshore |
| Madison Textiles Ltd. | 04/01/02 | 2,000,000.00 | OmniFund |
| 1999 Meyerson Charitable Remainder Trust | 03/2002 | 4,000,000.00 | Lancer Offshore |
| Nemrod Leveraged Holdings Ltd. | 04/01/02<br>05/01/02<br>07/01/02 | 1,000,000.00<br>1,000,000.00<br>1,000,000.00 | Lancer Offshore |
| Nobilis SA, on behalf of Nobilis SA | 08/01/02 | 1,500,000.00 | Lancer Offshore |
| Nobilis SA, on behalf of Halinvest Sarl | 08/01/02 | 425,000.00 | Lancer Offshore |

| Octogone Gestion SA | 03/2002 | 120,000.00 | Lancer Offshore |
| | 03/2002 | 190,000.00 | |
| | 03/2002 | 290,000.00 | |
| | 04/2002 | 500,000.00 | |
| | 04/2002 | 25,000.00 | |
| | 04/2002 | 30,000.00 | |
| | 04/2002 | 40,000.00 | |
| | 04/2002 | 100,000.00 | |
| | 04/2002 | 25,270.00 | |
| | 05/2002 | 125,000.00 | |
| 9091-2601 Quebec Inc., Assignee of Sojecci Ltee. | 04/30/02 | 10,000,000.00 | Lancer Offshore |
| StarVest Funds Ltd. | 06/01/02 | 500,000.00 | Lancer Offshore |
| Irving Teitelbaum, Stephen Gross and Laurence Lewin in their capacity as the Trustees of RCA in Trust | 05/01/02 | 140,000.00 | Lancer Offshore |

*See* Compl. ¶ 14.