# NEW YORK OBSERVER

© 1998 THE NEW YORK OBSERVER COMPANY INC. ©

VOLUME 12 NUMBER 6    NEW YORK    FEBRUARY 16, 1998    ONE DOLLAR

**Geraldo's New, Smart Glasses Are Unbecoming Spectacles**
Page 39

**8-Day Week**
Valentine Vows:
Two Democrats!
Two Pols
(Kluge,
Duff)
Page 38

## Mark Green's New Deal: With Just $1.5 Million, He Wants D'Amato's Seat

### On the Trail With a Consumer Avenger Turned Candidate: 'I'm Kind of Like an Elected Ralph Nader,' He Says; Can Champion Tennis Player Morph Into Champion Senator?

BY TISH DURKIN

Settled and seat-belted in the second seat of a rented Van on the Rochester-Syracuse leg of the two-day, nine-city Senate campaign kickoff tour, New York City Public Advocate Mark Green had little legroom, but confidence to burn.

In a sense, the goal is in the wrong metaphor for a populist Democrat. Mr. Green, who will be running next meets as a populist consumer-avenger-who'll-stick-it-to-the-oligarchy Democrat, told *The Observer*. But I'm going to shoot a 68. If I don't, my mind is going to stay in the race and shoot a 67, it's then But they'll have to shoot a 67. Presumably, then, those rivals, Vice Presidential brand-name Geraldine Ferraro and Representative Charles Schumer of Brooklyn,

can look forward to many a great thy end-drive like this one. It started at 8:30 on the gray, windy morning of Thursday, Feb. 4, at the Lakeville Road entrance to Great Neck South High School on Long Island, where Mr. Green, class of '63, didn't let the sound of ducks banished by downcast investment-thusiasm, or anyone else's ("He was a champion tennis player," Mr. Zuhcheck, his vice-principal, former tennis coach, told us. "I know he'll be a champion senator") then from his own schedule for most of the day. Avrili, mut-tubel at the World Trade Center in Manhattan, where there were once comical and "well-timed" which he had raised, Mr. Green replied, "$189 million—in commitments," a well-timed shot at Ms. Ferraro's fervent belief in her own knack for fair fund-raising. (After that it all became the chandelier-lit campaign blur of ugly-carpet conference rooms in Albany and Buffalo and Rochester and Syracuse and Binghamton. To say nothing of the scenes in Utica and Ithaca, all threaded through with hours and hours on highways dotted with billboards that blurred things like "haddock eggplant, brass ceramic gift supplies sausage," which we were recently, was quite enough to make the normal, non-

MARK GREEN

## OFFSHORE FUNDS HELP CYBERSTOCKS GET HOT; N.A.S.D. INVESTIGATES



JERRY SPEYER

### JERRY SPEYER OFFERS TO BUY OUT INVESTORS IN SIXTH AVENUE TOWER

Those Blue-Chip Tenants In Credit Lyonnais Building Generate Little Cash

### AND THAT HUGE MORTGAGE IS DUE

His Shareholders Weigh Sale Of Bed, Bath & Beyond Building

BY DEVIN LEONARD

There's a little doubt that Jerry Speyer is the golden boy of the city's real estate community. He has been showered with laurels for reversing Rockefeller Center's slide into decrepitude and for prevailing over the hordes of other bidders who greedily coveted the beloved Chrysler Building.

But how have some of Mr. Speyer's long-time investors been doing while he ascended in the public eye? Not so well, according to documents prepared for investors in one of Mr. Speyer's late-1980's deals, the CrêoLyonnais Building at 1301 Sixth Avenue will be historic Siegel-Cooper Dry Goods Store at 620 Sixth Avenue is now the elegant home of Bed, Bath & Beyond in Chelsea

## The Testing of 'Georgie' Stephanopoulos

Clintons Have Not Been Amused by Ex-Charge's ABC Commentaries, Says Source; James Carville, Rahm Emanuel Sit Him Down for a Chat Over Lunch at the Palm

GEORGE IN THE JUNGLE: BOY STEPHANOPOULOS, HE ELECT BILL CLINTON, MAN STEPHANOPOULOS, HE SUGGEST IMPEACHMENT ON ABC NEWS

FEBRUARY 16, 1998

## CHRISTOPHER BYRON

# Back of the Envelope

## Offshore Funds Help Cyberstock Get Hot

CONTINUED FROM PAGE 1

curities Dealers inquiry into possible insider trading involving World Wireless' stock.

World Wireless was co-founded in 1995 by a New Jersey investor named Abraham Salaman, a convicted stock swindler who pleaded nolo contendere to charges that he helped orchestrate a massive price-rigging scheme in the shares of the Magic Marker Corporation on Wall Street back in the early 1970's.

Mr. Salaman, who declined to be interviewed for this column, has not been accused of any impropriety in connection with World Wireless, and no evidence suggests that he should be. It was simply Mr. Salaman who appears to have helped arrange for the hedge fund financing that assisted in getting World Wireless off the ground in the first place. But Washington exerts less regulatory authority over such hedge fund activities. And that may make it impossible for investigators to trace any insider trading that may have occurred in World Wireless's stock back to the real culprits if they turn out to be foreign investors playing games with a small-cap stock on Wall Street.

Mr. Salaman's involvement with World Wireless began when he and some associates set up a company named Data Security Corporation in Nevada back in November 1995. Its purpose: to acquire and exploit the assets of a defunct Nevada computer company named Micro Security Systems Inc.

Micro Security had itself been set up a little over a decade earlier to develop software and hardware for what was then the infant personal computer industry. But the business eventually cratered, and in July 1994 Micro Security filed for bankruptcy protection from its creditors. Not long afterward, a group of local investors acquired whatever assets were still salvageable.

Then, in November 1995, Abe appeared on the scene, formed Data Security Corporation, bought stock at prices ranging from 15 cents to 35 cents per share, and purchased Micro Security's assets from the local investor group. We know of Abe's involvement thanks to a stock registration statement filed with the Securities and Exchange Commission on Jan. 14 of this year. In that filing, a group of some three dozen early investors—Abe among them—sought S.E.C. permission to register and sell roughly 4 million shares of World Wireless stock that were worth barely $2 per share a year or so ago and are selling for more than $10 now. That translates to about a $40 million offering.

Initially, Mr. Salaman's Data Security business went nowhere, and by the end of 1996 the company had taken in gross revenues of a mere $618,000 while losing more than $5 for every $1 in revenues it collected. Obviously, this wasn't working out as planned. But Abe wasn't a man to quit, and in October 1996 he and his colleagues brought in a new chief executive officer, one David Singer, who hit on a rescue plan: to have Data Security acquire another Utah company—Digital Radio Communications Corporation—that had a grounding in radio telecommunications technology but was facing a ruinous cash crunch. Maybe here was a way to breathe some new life into Data Security—by getting out of the computer software business from the old Micro Security days and going more high-tech.

---

# OFFSHORE FUNDS HELP CYBERSTOCK GET HOT; N.A.S.D. INVESTIGATES

## Just Before Abe Salaman's Company Pulled Off Merger, Stock Price Leaped—*Why?*

### ONLY OUTSIDERS LOSE IN THIS GAME

BY CHRISTOPHER BYRON

An obscure, Utah-based computer company is not an operation that most folks in New York would pay much attention to one way or another. But World Wireless Communications Inc., of Salt Lake City, is an exception. The company provides "products, systems and technology" to the red-hot wireless and telecommunications industry and has lately signed up the Wall Street firm of Paine Webber Inc. to serve as its investment banker.



Yet through its sudden appearance as a hot stock on the Nasdaq electronic bulletin board for "micro-cap" stocks, this otherwise forgettable operation has begun shedding some unexpected light on the interplay between two of Wall Street's murkiest arenas of investing: the penny stock market and the unregulated world of offshore hedge fund investing. As it happens, these two fields form the backdrop to a National Association of Se-

CONTINUED ON 23

*World Wireless Communications Inc. was co-founded in 1995 by a New Jersey investor named Abraham Salaman, a convicted stock swindler who pleaded nolo contendere to Federal charges that he helped orchestrate a massive price-rigging*

## scheme in the shares of the Magic Marker Corporation in the 1970's.

Digital Radio was a small-beer operation engaged in manufacturing electronics components for other, larger companies. But Digital Radio did have one potentially valuable asset: some ongoing talks with a subsidiary of the Williams Companies Inc. energy empire to provide components that Williams wanted to market to utilities as a meter-reading device—a contract potentially worth as much as $70 million.

According to William Chipman, who is now World Wireless's chief financial officer but was formerly employed by Digital Radio, David Singer approached Digital in October 1996 about a consulting project. By late January 1997, however, the discussions had broadened into talks about acquiring all of Digital. The idea, eventually, was for Data Security to take Digital over, dump the software operation and thereafter relaunch the whole company as a telecommunications business.

But where would the money to pay for all this come from? That's when a New York P.R. man named Robert Frost—an ex-reporter for both *The New York Times* and *Business Week*—entered the story. Bob, who had met Abe by way of a broker at Merrill Lynch & Company, arranged for Mr. Salaman to meet a New York hedge fund operator named Michael Lauer. "Abe had lots of good ideas, and I wanted him to meet Michael," said Bob.

Mr. Lauer runs several small hedge funds, making his money by collecting a 1 percent management fee plus a percentage of any profits that exceed the performance of the Standard & Poor 500 index, a widely used investment benchmark on Wall Street. So-called hedge funds are, in effect, mutual funds with a difference: The S.E.C. allows them to invest in almost anything they want, without having to report their activities to S.E.C. regulators, just so long as the funds' investors are high net worth individuals or institutions with active investment accounts.

Mr. Lauer also had access to offshore capital. Through an offshore hedge fund—Lancer Offshore Inc.—that he'd set up in September 1995, Mr. Lauer could raise millions from foreign investors. Some of this money, in turn, could be reinvested in the shares of Data Security.

Mr. Frost says he arranged for Mr. Lauer to meet Mr. Salaman in October 1996—or just around the time when Data Security was hiring David Singer to move the company into the radio telecommunications field. Almost immediately thereafter, Mr. Lauer set up a whole new offshore fund—Lancer Voyager Fund (minimum investment, $250,000)—ostensibly to invest in "less-liquid, smaller situations." In fact, the fund seems to have been established, in part at least, as a vehicle to invest offshore money in not just Data Security Corporation but all sorts of Mr. Salaman's stock projects.

Through the Lancer operation, Mr. Lauer invested in a Salaman-related venture to set up a nationwide string of walk-in "Memory Centers," called Neurocorp Ltd. Beyond his investment in Neurocorp, however, there is some question as to exactly what other Salaman-related enterprises Mr. Lauer has put his money into. Basically, it depends on who you talk to—and when. In an initial interview, Bob Frost claimed that Mr. Lauer had invested in a Salaman-linked me-

CONTINUED ON PAGE 24

## Just Before Merger, Stock Price Leaped

CONTINUED FROM PAGE 23

dia company headed by the ex-boss of Simon & Schuster's interactive media division, Peter Yunich. But then Mr. Frost called back to say that he really didn't know whether Mr. Lauer had invested in the company or not. In a separate interview with *The Observer*, Mr. Lauer first acknowledged having invested in the media company and then called back to deny that he had invested in it at all. Mr. Lauer also first acknowledged, then subsequently denied, having made a small investment in a subprime automobile finance company in which Mr. Salaman was also involved.

As for the Data Security Corporation deal, the purchase of Mr. Lauer's involvement be-

gan with 400,000 shares, at 33 to 35 cents per share, in the period between October 1996 and January 1997. Through this entire period, Data Security's stock traded at around $2 per share. But then, in the second week of January, as takeover talks intensified between Data Security and Digital Radio, Data Security's stock price exploded, rising from $2.25 per share in the week of Jan. 10 to nearly $10 per share three weeks later. Trading volume surged as well, leaping from 600 shares per week in December 1996 to nearly 95,000 shares per week by the end of January 1997.

Why the big run-up? One explanation might be that someone on the inside knew of

a big announcement that was coming any minute: a deal whereby Data Security Corporation would buy Digital Radio, change the name of the whole shebang to World Wireless Communications, and start capitalizing on that juicy Williams contract.

In any case, news of the merger was made public on Feb. 3, 1997, and thereafter an absolute torrent of offshore money began flowing into the company, courtesy of Mr. Lauer. Between March and August of last year, Mr. Lauer pumped $4 million into World Wireless, eventually turning himself and his funds into the company's largest shareholders, holding close to 40 percent of its stock. The purchases took place at prices of around $2 per share, even though outsiders on Wall Street were paying $9 and higher for the same thing.

Now it appears the National Association of Securities Dealers wants to know whether lurking within all these transactions is evidence of insider trading designed to capitalize on the merger talks between Data Security and Digital Radio. For his part, Mr. Lauer insists that he's done nothing wrong, and that the only reason he invested in the company at all is that he was impressed with its "radio and telecommunications technology."

That may be true, but someone obviously knew something. For their part, Mr. Lauer's funds do not seem to have been involved. Though the funds wound up paying a mere fraction of what retail investors had to pay on the open market, they acquired the bulk of their stock in World Wireless only after the big run-up in its price. The more likely suspects are individuals who, either directly or through friends or associates, knew that the deal was in the works and that the money to finance it would be coming by way of an offshore hedge fund.

As for everyday investors in World Wireless, their fortunes now look to be hitched to a contract with the Williams Companies subsidiary that may or may not pan out. According to James Cunningham, vice president of operations and technology at Williams, the product hasn't even been introduced yet. Mr. Cunningham gives the project a "50-50 chance" of being a success. Said he: "Sure, the contract could be worth $70 million, but it could also be worth $7 million."

Meanwhile, with 3 million shares already publicly traded, and 7 million more overhanging the market as "unregistered securities," the stock's current price of $10 per share hardly looks sustainable under any circumstances. A $100 million market capitalization for a company with less than $3 million in sales, $9 million in losses and a mere $381,000 in working capital? Forget it. Two bucks a share is all this company was worth a year or so ago, and that's all it's worth today.

As for proof, watch what the insiders do. If the stock price holds up long enough for the current S.E.C. registration statement to be approved, don't expect Abe and his pals to sit idly by, waiting for the price to go any higher. Selling out at $9 or $10, when you got in at about 35 cents, was the name of the game from the start. In this game, only the outsiders lose.

*You can reach me by e-mail at chscoop@aol.com.*