Case 1:05-cv-09016-SAS-FM    Document 23-11    Filed 11/14/05    Page 1 of 3

Search - 585 Results - (michael lauer.)                                    Page 1 of 4

Form: All Guided Search Forms > **News**
Terms: (Edit Search)

◆Select for FOCUS™ or Delivery

☐

*The New York Post September 10, 2002, Tuesday*

Copyright 2002 N.Y.P. Holdings, Inc. All rights reserved.
The New York Post

September 10, 2002, Tuesday

**SECTION:** All Editions; Pg. 031

**LENGTH:** 1351 words

**HEADLINE:** HEDGE FUNDS: SEC NO EVIL - LACK OF REPORTING REQUIREMENTS CAN BE BIG COVER-UP

**BYLINE:** Christopher Byron

**BODY:**
WHEN I die, I want to come back as an offshore hedge fund. This way I can swagger into the bar with a wad of socks stuffed into my jeans and wink at the prettiest girl in the joint and strut right out again without ever actually having to show what I'm packing.

I can be like those Wall Street guys who get to say, "I did 20 percent in the quarter." Then when someone asks, "Geez, how'd you do that when the market is off 40 percent?" I can demur earnestly and answer, "I'd show you the fund's portfolio if I could, but the SEC won't let me."

Out here at Curmudgeonly Arms, where the sun never shines and every day seems worse than the last, we savor such moments, for they seem to lay bare the nasty truth at the heart of capitalism: A fellow will tell you anything to get your money.

There's a group of funds I know about in that regard that casts an illuminating light on how the offshore hedge-fund game is played these days. They go by the name Lancer Group, and they operate out of some swanky digs on Park Avenue.

The fellow who runs the Lancer Group, a former Wall Street analyst named **Michael Lauer**, about whom I wrote a questioning story several years ago, told me last week that business is "absolutely terrific," even in the current bear market, and that his flagship Lancer Offshore Fund now has "a billion bucks" under management and is "up double digits" in its return to investors.

Maybe so. But the top man at one of Wall Street's two leading hedge fund tracking services says his service hasn't received an assets-under-management report from Lancer in more than two years. A top official at the other tracking service says its database on Lancer has been updated through July 2002, but the Lancer Offshore Fund weighed in at only $185 million of assets under management. Both services say the fund's year-to-date return to investors is roughly 3 percent.

So, is there any way to know what's really going on behind the drawn curtains of not just Lancer Group but any offshore fund? The head of Hedgeworld Inc., Jeffrey Joseph, a leading expert on the industry, says there's simply no way for an investor to know what he's getting into without an audited financial statement from the fund itself, and in many cases that's just

not available.

WE'LL explore that question more fully in a minute, thanks to the antics of a chap named Bruce Cowen, who recently left a top role with Lancer, only to lurch into the news by way of an FBI sting operation in South Florida known as Operation Bermuda Short. But before getting into any of that, first a thought or two on the metastasizing spread of hedge funds throughout Wall Street.

Basically, hedge funds are unregistered, unsupervised, uncontrolled mutual funds - on steroids. Under the National Securities Markets Improvement Act of 1996, anyone who can produce a personal net worth statement of at least $5 million can invest in a fund that doesn't have to file any financial accounting statements at all with Washington. The fund can do just about anything imaginable with the money short of using it to engage in outright fraud.

Raising money for hedge funds has become a big business for investment brokerage firms all over Wall Street. And through them, billions upon billions of dollars have flowed into hedge fund portfolios on their way to the stock market itself. Goldman Sachs & Co. estimates that total assets under management already top $600 billion and will grow another 26 percent this year.

Somewhere down in the middle of the pack - at least in terms of size - is the Lancer group of funds. In "Stock Market Wizards," by Jack Schwager, Lauer of the Lancer Group is quoted as claiming that his Group uses a "value approach" to investing, earning an astonishing 72 percent annualized rate of return in the 1990s by digging up undervalued, overlooked stocks in a stampeding bull market.

But a search of SEC corporate filings reveals that in many cases the Lancer approach to "value investing" means investing in troubled companies in the penny stock market.

CONSIDER a stock called Lighthouse Fast Ferry Inc., which operates a commuter ferry service from Perth Amboy, N.J. to Wall Street. The company's latest proxy statement, filed in July, lists Lauer and his Fund group as owners of 62 percent of the company's common stock, which basically makes him the controlling owner.

Who's in business with him? The company's third-biggest shareholder is one Joseph Giamanco, who holds 9 percent of the common. Giamanco was barred for life from the American Stock Exchange in March of last year for, among other things, holding secret financial interests in a number of accounts listed under the names of two of Giamanco's friends.

Lighthouse's second-largest investor is a California outfit bearing the name Capital Research Ltd., which holds just under 14 percent of the company's stock.

Capital Research, in turn, is the vehicle of the aforementioned Bruce Cowen, who was snared in the Operation Bermuda Short case in July. The feds say Cowen conspired to pay a kickback to an undercover FBI agent in return for selling him some Lighthouse stock.

Lauer says the Lighthouse company is doing "terrific." Yet the stock is down from $7 per share in 1997 to a current price of 80 cents, and the balance sheet is insolvent, with a three-to-one working capital deficit. The company's cost of service exceeds its revenues, and the latest quarterly statement, filed in May, contained a "going concern" statement warning of "substantial doubt" about the company's ability to survive.

Lauer insists that Cowen is not and never has been an officer or employee of Lancer Group or any of its affiliates, and that he worked strictly as a consultant on the Lighthouse deal, which Lauer calls "a terrific tragedy."

But Cowen is identified as a "managing director" of a "purported New York hedge fund called Lancer Group" in a press release issued by the U.S. Attorney's Office for the Southern District of Florida last month, announcing the arrest in Operation Bermuda Short (Lancer Group was not charged in the case and neither was Lauer.)

COWEN turns up in other troubled Lancer holdings, and in an SEC filing for one of them - Method Products Corp. - he's identified as Lancer's "investment manager." Lancer Offshore acquired 10 million shares of Method Products last June at 5 cents each, adding 3.75 million more in September at 2 cents each, and nominating Cowen to represent its interests on the board.

The discount that Lancer received from the market price it paid for the Method Products shares is remarkable.

At the time that Lancer was acquiring the shares for 3 cents each, the stock was trading sporadically on the Over the Counter Market for $7 to $9 per share. Thereafter, it spurted to $13, then collapsed back to its current price of $1.25.

Plenty more stocks like these have cycled through the Lancer portfolios in recent months and years.

The significance? Maybe a lot, and maybe nothing. But so long as the big guns of the offshore hedge fund world remain exempt from the reporting requirements of the rest of Wall Street, no one at the bar will ever know whether the bulge in those jeans is the real McCoy or just a wad of socks and Kleenex.

SEAMY SIDE

Lauer claims the fund has "a billion bucks" under management and returns are "up double digits."

A hedge fund tracking service said a report through last July shows it has just $185 million.

Lauer and his fund control 62 percent of Lighthouse Fast Ferry stock, and Capital Research Ltd. holds nearly 14 percent. Capital Research is the investment vehicle of Bruce Cowen, charged with conspiracy in the FBI's Operation Bermuda Short.

Cowen turns up in other troubled Lancer holdings, and in an SEC filing for Method Products Corp., he's identified as Lancer's investment manager.

Lancer paid just 3 cents a share for Method Products <cm QCMD: m>while the stock was trading at $7 to $9 a share.

**GRAPHIC:** U.S. Attorney Marcos Daniel Jiminez announces indictments for securities fraud in Operation Bermuda Short.

**LOAD-DATE:** September 10, 2002

Form: All Guided Search Forms > News
Terms: (Edit Search)
View: Full
Date/Time: Tuesday, September 16, 2003 - 5:53 PM EDT