UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                                            :

THE PENSION COMMITTEE OF THE            :
UNIVERSITY OF MONTREAL PENSION     :
PLAN, *et al.*,                                                      :

                                          Plaintiffs,     :    1:05-CV-09016 (SAS) (FM)
                                                                                   :
               - against -                                          :

BANC OF AMERICA SECURITIES, LLC, *et al.*,   :

                                          Defendants.    :

------------------------------------------------------------------x

**DECLARATION OF JENNY F. KAUFMAN IN
OPPOSITION TO MOTIONS TO DISMISS OF
DEFENDANTS CITCO FUND SERVICES (CURACAO) N.V.,
THE CITCO GROUP LIMITED, ANTHONY J. STOCKS,
KIERAN CONROY AND DECLAN QUILLIGAN**

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
Scott M. Berman (SB4023)
Anne E. Beaumont (AB7139)
Amy C. Brown (AB5233)
Jenny F. Kaufman (JK7832)
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

*Attorneys for Plaintiffs*

Pursuant to 28 U.S.C. § 1746, JENNY F. KAUFMAN declares as follows:

1. I am associated with Friedman Kaplan Seiler & Adelman LLP, counsel for plaintiffs, and a member in good standing of the bar of this Court. I make this declaration in order to place before the Court certain documents in opposition to the motions of defendants Citco Fund Services (Curacao) N.V. ("Citco NV"), The Citco Group Limited ("Citco Group"), Anthony J. Stocks, Kieran Conroy, and Declan Quilligan to dismiss the plaintiffs' Corrected First Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Receiver's Third Interim Application for Authorization to Pay (I) Attorneys' Fees and Costs, (II) Receiver's Fees and (III) Investigative Fees from Receivership Funds, filed in *SEC v. Lauer*, Case No. 03-80612 CIV-MARRA, in the United States District Court for the Southern District of Florida.

3. Attached hereto as Exhibit 2 are true and accurate copies of documents reflecting the dates of investment for the following parties, all of which are plaintiffs in this action:

| Plaintiff Name | Document Type |
| --- | --- |
| AXA Alternative Advisors, Inc., on behalf of AXA New Horizon Select Dollar Fund, a subfund of AXA New Horizon, Fund PLC | Schedule A[1] |
| Banque Privee Edmond de Rothschild Europe | Schedule A |
| Base Force, Ltd. | Schedule A |
| Cedar Fund | Schedule A |
| Clearwater Commercial Enterprises, Inc. | Schedule A |
| Dirmica Investment Ltd. | Investment Statements |

---

[1] "Schedule A" refers to the Schedule A attached to the sworn Proof of Claim filed with the Receiver.

2

    4.    Attached hereto as Exhibit 3 are true and accurate copies of documents reflecting the dates of investment for the following parties, all of which are plaintiffs in this action:

| Plaintiff Name | Document Type |
| --- | --- |
| Banque Privee Edmond de Rothschild Europe/Isofin | Investment Statement |
| Fondation Lilla | Investment Statements |
| Fortis Global Custody Management and Trustee Services (Ireland) Ltd. as Trustee for Coronation Universal Fund | Schedule A |
| Christa Gunter | Schedule A |
| HSBC Republic (USA) Inc. | Schedule A |
| Hunnicutt & Co., Inc. Defined Benefit Plan | Schedule A |
| IRA fbo William Hunnicutt VFTC as Custodian | Schedule A |
| International Active Fund of Funds | Schedule A |
| Israel Henry Beren Charitable Trust | Schedule A |
| Cecile Lescoat | Schedule A |

    5.    Attached hereto as Exhibit 4 are true and accurate copies of documents reflecting the dates of investment for the following parties, all of which are plaintiffs in this action:

| Plaintiff Name | Document Type |
| --- | --- |
| Mirelis Invetrust SA & Trendtrust SA | Affidavit of Dr. Renate Wey Bignens, with exhibit |
| Vittorio Mosca (Murdoch & Co. A/C 0088997) | Schedule A |
| National Bank of Canada | Schedule A |
| Pension Committee of Regime de Rentes du Mouvement Desjardins | Schedule A |
| Anne-Chantel Pigelet | Schedule A |

    6.    Attached hereto as Exhibit 5 are true and accurate copies of documents reflecting the dates of investment for the following party, which is a plaintiff in this action:

| Plaintiff Name | Document Type |
| --- | --- |
| Pictet & Cie Banquiers | Schedule A |

7. Attached hereto as Exhibit 6 are true and accurate copies of documents reflecting the dates of investment for the following parties, all of which are plaintiffs in this action:

| **Plaintiff Name** | **Document Type** |
| --- | --- |
| Rothschild Gestion | Schedule A |
| Seven Seas Portfolio A Ltd. | Schedule A |
| SPGP | Schedule A with spreadsheet attached |
| Jo-Ann St. Germain | Schedule A |
| James Vaughan | Citco NV Statement |
| Wyatt Incorporated Employees Profit Sharing Plan | Schedule A |

8. Attached hereto as Exhibit 7 is a true and correct copy of a document, which I am advised by counsel for Marty Steinberg, Esq., the Receiver (the "Receiver") of Lancer Offshore Inc. and The OmniFund, Ltd. (the "Funds"), was obtained from the offices of the Funds.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document which I printed from the following internet web site:

http://www.citco.com/about.htm

10. Attached hereto as Exhibit 9 is a true and correct copy of a document which I printed from the following internet web site:

http://www.citco.com/funds/library/2003_Hedgeweek_WKE.pdf

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter dated August 27, 1999 from Citco NV to Sapourn Financial Services.

3

12. Attached hereto as Exhibit 11 is a true and correct copy of two invoices on Citco NV letterhead, which I am advised by counsel for the Receiver were obtained from the offices of the Funds.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2005.

/s/ Jenny F. Kaufman<br>
Jenny F. Kaufman (JK7832)