UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/06

-------------------------------------------------------X

The Pension Committee of the
University of Montreal Pension Plan,
et al,
        plaintiffs, -against-

Banc of America Securities, LLC,
et al.,
        Defendants.

-------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

05 Civ. 9016 (SAS)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

*____ Other: Jurisdictand
                Discovery

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:_____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
           March 20, 2006

_____
United States District Judge