Peter K. Vigeland (PV 0161)
Dawn M. Wilson (DW 3810)
Li Yu (LY 2761)
Paul Winke (PW 2270)

**WILMER CUTLER PICKERING HALE
AND DORR LLP**
399 Park Avenue
New York, New York 10022
(212) 230-8800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE PENSION COMMITTEE OF THE UNIVERSITY OF MONTREAL PENSION PLAN, ET AL., ) ) ) Plaintiffs, ) ) ) v. ) ) BANC OF AMERICA SECURITIES LLC, CITCO FUND SERVICES (CURACAO) N.V., THE CITCO GROUP LIMITED, INTERNATIONAL FUND SERVICES (IRELAND) LIMITED, PRICEWATERHOUSECOOPERS (NETHERLANDS ANTILLES), JOHN W. BENDALL, JR., RICHARD GEIST, ANTHONY J. STOCKS, KIERAN CONROY, DECLAN QUILLIGAN, AND INTER CARIBBEAN SERVICES, LIMITED ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Index No.: 05 CV 09016 (SAS)<br><br>ECF Case |

---

### DECLARATION OF DAWN WILSON IN SUPPORT OF DEFENDANT BANC OF AMERICA SECURITIES LLC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

I, Dawn Wilson, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and am a counsel at the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Banc of America Securities LLC ("BAS") in the above-captioned action. I respectfully submit this Declaration to transmit to the Court certain documents in support of Defendant BAS's Motion to Dismiss Plaintiffs' Second Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of Prime Broker Agreement between NationsBanc Montgomery Securities LLC and The Orbiter Fund Ltd.

3. Attached hereto as Exhibit B is a true and correct copy of Prime Broker Agreement between NationsBanc Montgomery Securities LLC and Lancer Offshore Inc.

4. Attached hereto as Exhibit C is a true and correct excerpted copy of Bank of America Corporation's Form 10-Q For the Quarterly Period Ended March 31, 1999.

5. Attached hereto as Exhibit D is a true and correct excerpted copy of a January 8, 2003 Email from Andrew Pennecke to David Newman entitled "Re: Final 2002 Entries for Lancer Offshore."

6. Attached hereto as Exhibit E is a true and correct copy of a February 13, 2003 Email from David Newman to Andrew Pennecke entitled "Re: entries to back date."

7. Attached hereto as Exhibit F is a true and correct copy of a December 27, 2000 Letter of Authorization from Lauer to BAS regarding a purchase of shares of the Nu-D-Zine Bedding & Bath, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 25, 2006

By: /s/ Dawn M. Wilson
Dawn M. Wilson (DW 3810)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant*
*Banc of America Securities LLC*