# EXHIBIT D

**From:** Pennecke, Andrew [apenneck@bofasecurities.com]
**Sent:** Wednesday, January 08, 2003 10:59 AM
**To:** 'David Newman'
**Subject:** RE: Final 2002 Entries for Lancer Offshore

dec 2002 report has been redone....thanks

-----Original Message-----
From: David Newman [mailto:dnewman@thelancergroup.com]
Sent: Wednesday, January 08, 2003 10:13 AM
To: Andrew Pennecke (E-mail)
Subject: Final 2002 Entries for Lancer Offshore


Hey Man,
If you could plug these in ASAP I would really appreciate it:

```
SL    126,850      EDLG   @     4.363350808  $553,491.05  12/31/02
BY  2,720,000      ILCD   @      .203489356  $553,491.05  12/31/02
PRICE ILCD @ $3.00 FOR 12/31

NEW WARRANT - XTRACARD CORP - XTRDWT
BY  3,500,000      XTRDWT       @      0.00  12/16/02
PRICE @ $3.97 FOR 12/31
```

Thanks Dude, call me with any questions.

1