# EXHIBIT E

**From:** David Newman [dnewman@thelancergroup.com]
**Sent:** Thursday, February 13, 2003 3:28 PM
**To:** Andrew Pennecke \(E-mail\)
**Subject:** FW: entries to back date

```
-----Original Message-----
From:      David Newman [mailto:dnewman@thelancergroup.com]
Sent: Thursday, February 13, 2003 1:41 PM
To:   Aaaaaaaaa (E-mail)
Subject:   entries to back date

Hey Dude,
313-12796    1/14/2003    BY    500,000       FFIR              $0      T6
313-12796    1/10/2003    BY    850,000       XTRDWT            $0      T6
313-12796    1/10/2003    BY    2,000,000     MHTDW     $0      T6
313-12796    1/31/2003    BY    12,800,000    XWC               $0      T6

Thanks
```

1