UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE PENSION COMMITTEE OF THE UNIVERSITY OF MONTREAL PENSION PLAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANC OF AMERICA SECURITIES, LLC, CITCO FUND SERVICES (CURACAO) N.V., THE CITCO GROUP LIMITED, INTERNATIONAL FUND SERVICES (IRELAND) LIMITED, PRICEWATERHOUSECOOPERS (NETHERLANDS ANTILLES), JOHN W. BENDALL, JR., RICHARD GEIST, ANTHONY J. STOCKS, KIERAN CONROY, DECLAN QUILLIGAN, and INTERCARIBBEAN SERVICES, LIMITED, <br><br> Defendants. | 05 Civ. 9016 (SAS) (FM) <br><br> ECF Case <br><br> Oral Argument Requested |

---

**DEFENDANT BANC OF AMERICA SECURITIES LLC'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant Banc of America Securities LLC's Motion for Summary Judgment, the accompanying Statement Pursuant to Local Civil Rule 56.1 in Support of Summary Judgment, the Declaration of Roman Krawciw in support thereof, dated June 30, 2009, the Declaration of Andrew Pennecke in support thereof, dated June 29, 2009, the Declaration of Richard R. Lindsey in support thereof, dated June 30, 2009, the Declaration of Dawn M. Wilson in support thereof, dated July 2, 2009, and upon all prior proceedings herein, Defendant Banc of America Securities LLC, by its undersigned counsel, will move this Court before the Honorable Shira A. Scheindlin, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New

York, New York, at a time and date convenient for the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment dismissing the claims against Banc of America Securities LLC and granting such other relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Judge Scheindlin's order at the June 18, 2009 conference, opposing papers, if any, are required to be served upon the undersigned by July 30, 2009, and reply papers are required to be served by August 13, 2009.

Dated: July 2, 2009
      New York, New York

                                  Respectfully submitted,

                                  By: /s/ Peter K. Vigeland

                                  Peter K. Vigeland
                                  Dawn M. Wilson
                                  Paul M. Winke

                                  WILMER CUTLER PICKERING
                                   HALE AND DORR LLP
                                  399 Park Avenue
                                  New York, New York 10022
                                  Tel.: (212) 230-8800
                                  Fax: (212) 230-8888
                                  E-mail: peter.vigeland@wilmerhale.com

                                  *Attorneys for Defendant Banc of America Securities LLC*