UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE PENSION COMMITTEE OF THE UNIVERSITY OF MONTREAL PENSION PLAN, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | 05 Civ. 9016 (SAS) (FM) |
| v. | ) ) ) | ECF Case |
| BANC OF AMERICA SECURITIES, LLC, CITCO FUND SERVICES (CURACAO) N.V., THE CITCO GROUP LIMITED, INTERNATIONAL FUND SERVICES (IRELAND) LIMITED, PRICEWATERHOUSECOOPERS (NETHERLANDS ANTILLES), JOHN W. BENDALL, JR., RICHARD GEIST, ANTHONY J. STOCKS, KIERAN CONROY, DECLAN QUILLIGAN, and INTERCARIBBEAN SERVICES, LIMITED, | ) ) ) ) ) ) ) ) ) | Oral Argument Requested |
| Defendants. | ) ) ) | |

## DEFENDANT BANC OF AMERICA SECURITIES LLC'S NOTICE OF MOTION TO STAY CITCO FUND SERVICES (CURACAO) N.V.'S SECOND CROSS CLAIM

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Banc of America Securities LLC's Motion to Stay Citco Fund Services (Curacao) N.V.'s Second Cross Claim, and upon all prior proceedings herein, Defendant Banc of America Securities LLC, by and through its undersigned counsel, will move this Court before the Honorable Shira A. Scheindlin, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, 10007, at a time and date convenient for the Court, for an Order staying Citco Fund Services (Curacao) N.V.'s Second Cross Claim against Banc of America Securities LLC pending trial of plaintiffs' claims, and granting such other relief as this Court may deem just and proper.

Dated:  September 3, 2009
       New York, New York

                                        By:  /s Peter K. Vigeland
                                        Peter K. Vigeland
                                        Paul M. Winke
                                        Daniel C. Richenthal
                                        WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                        399 Park Avenue
                                        New York, New York 10022
                                        Tel.:  (212) 230-8800
                                        Fax:  (212) 230-8888
                                        E-mail: peter.vigeland@wilmerhale.com

                                        *Attorneys for Defendant Banc of America*
                                        *Securities LLC*