UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE PENSION COMMITTEE OF THE
UNIVERSITY OF MONTREAL PENSION
PLAN, *et al.*,

                    Plaintiffs,      1:05-CV-09016 (SAS) (FM)

      - against -      **ORDER OF DISMISSAL**

BANC OF AMERICA SECURITIES, LLC, *et al.*,

                    Defendants.

------------------------------------------------------------x

      WHEREAS, the Court is advised that plaintiff United European Bank Geneva (Switzerland) ("UEB") wishes to voluntarily dismiss its claims against all defendants in this action;

      WHEREAS, the Court is advised that none of the defendants has any objections to the dismissal of UEB's claims;

      NOW, upon due consideration of UEB's request, it is

      ORDERED, pursuant to Federal Rule Civil Procedure 41(a)(2) that UEB's claims in this action are dismissed as against all defendants.

Dated:  New York, New York
         September 9, 2009

                                              SHIRA A. SCHEINDLIN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09