# WILMERHALE

September 11, 2009

**Peter K. Vigeland**

+1 212 230 8807(t)
+1 212 230 8888(f)
peter.vigeland@wilmerhale.com

**By Hand**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007-1312

Re: *Pension Committee of the University of Montreal Pension Plan et al. v. Banc of America Securities, LLC et al.*, 05-CV-09016 (SAS) (FM)

Dear Judge Scheindlin:

This firm, on behalf of defendant Banc of America Securities LLC ("BAS"), submits this letter to notify the Court of its withdrawal of its Motion to Stay the Second Cross Claim of Citco Fund Services (Curacao) N.V., ("CFS") filed on September 3, 2009. Most of the efficiencies gained by a stay of CFS's second cross claim no longer obtain following the Court's denial of BAS's motion for summary judgment on September 4, 2009. With that denial, BAS remains subject to the first cross claim asserted by CFS and to the identical cross claim asserted by the other Citco Defendants, all of which would have been dismissed had the Court granted BAS's motion for summary judgment. Counsel for CFS does not oppose BAS's withdrawal of the Motion to Stay.

BAS continues to urge that CFS's second cross claim be dismissed for failure to state a claim for negligence, as argued in its Motion to Dismiss, also filed on September 3, 2009.

Respectfully submitted,

/s/ Peter K. Vigeland

Peter K. Vigeland

cc: All Counsel of Record and *Pro Se* Parties (by electronic mail)

*[Handwritten order:]* Defendant's request to withdrawal its Motion to Stay the Second Cross Claim of Citco Defendants is hereby granted. The clerk of the court is directed to close this motion (Docket No. 292).

Date: 9/15/09    SO ORDERED

Shira A. Scheindlin
U.S.D.J.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 9/15/09]*

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

US1DOCS 7290607v2