UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
THE PENSION COMMITTEE OF THE                                     :
UNIVERSITY OF MONTREAL PENSION                                   :
PLAN, *et al.,*                                                  :
                                                                 :
                                       Plaintiffs,               :   1:05-CV-09016 (SAS) (FM)
                                                                 :
              - against -                                        :   ECF case
                                                                 :
BANC OF AMERICA SECURITIES, LLC, CITCO                           :
FUND SERVICES (CURACAO) N.V., THE CITCO                          :
GROUP LIMITED, INTERNATIONAL FUND                                :
SERVICES (IRELAND) LIMITED,                                      :
PRICEWATERHOUSECOOPERS (NETHERLANDS                              :
ANTILLES), JOHN W. BENDALL, JR., RICHARD                         :
GEIST, ANTHONY J. STOCKS, KIERAN                                 :
CONROY, and DECLAN QUILLIGAN,                                    :
                                                                 :
                                       Defendants.               :
                                                                 :
-----------------------------------------------------------------X

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITCO FUND SERVICES (CURACAO), N.V. TO CROSS-CLAIM OF DEFENDANT BANC OF AMERICA SECURITIES LLC AND REPLY TO AFFIRMATIVE DEFENSES OF BANC OF AMERICA SECURITIES LLC

Defendant Citco Fund Services (Curacao), N.V. ("CFS-Curacao"), by and through undersigned counsel, hereby files this Answer and Affirmative Defenses in response to the Cross-Claim filed by Defendant Banc of America Securities LLC (the "Cross-Claim"), and in support thereof states as follows:

### ANSWER

1.    CFS-Curacao denies the allegations set forth in paragraph 1 of the Cross-Claim.

2. CFS-Curacao denies the allegations set forth in paragraph 2 of the Cross-Claim.

## AFFIRMATIVE DEFENSES

Without in any way admitting any of the allegations of the Cross-Claim and without admitting or suggesting that CFS-Curacao bears the burden of proof on any of the following issues, as separate and independent affirmative defenses, CFS-Curacao alleges as follows:

### First Affirmative Defense

1. Banc of America Securities LLC ("BAS") is not entitled to contribution from CFS-Curacao for all, or any part of, any verdict or judgment that Plaintiffs may recover against BAS, because Plaintiffs are not entitled to recovery from CFS-Curacao on the basis of any of the claims made against CFS-Curacao in the Second Amended Complaint. CFS-Curacao hereby incorporates and reasserts all affirmative defenses asserted against the Plaintiffs in CFS-Curacao's Amended Answer to the Second Amended Complaint as affirmative defenses to the Cross-Claim.

### Second Affirmative Defense

2. BAS's purported claim against CFS-Curacao is barred, in whole or in part, because the Cross-Claim fails to state a claim upon which relief can be granted.

### Third Affirmative Defense

3. BAS's purported claim against CFS-Curacao is barred, in whole or in part, by the doctrine of *in pari delicto*.

### Fourth Affirmative Defense

4. BAS's purported claim against CFS-Curacao is barred, in whole or in part, by the doctrine of unclean hands.

**Fifth Affirmative Defense**

5.    BAS's purported claim against CFS-Curacao is barred, in whole or in part, because BAS is a sophisticated financial services organization that knowingly and voluntarily assumed the risks inherent in providing services to or on behalf of Michael Lauer; Lancer Management Group, LLC; Lancer Offshore, Inc.; The Orbiter Fund, Ltd.; The Viator Fund, Ltd.; and The OmniFund Ltd.

**Sixth Affirmative Defense**

6.    BAS's purported claim against CFS-Curacao is barred, in whole or in part, because BAS knowingly or recklessly failed to exercise the degree of care and due diligence required of a reasonable financial services organization in the circumstances.

**Seventh Affirmative Defense**

7.    CFS-Curacao cannot be held liable for damages corresponding to the percentages of fault due to the negligence and/or wrongdoing of BAS; Michael Lauer; Lancer Management Group, LLC and/or its employees or agents; International Fund Services (Ireland) Limited; PricewaterhouseCoopers (Netherlands Antilles); PricewaterhouseCoopers International, Ltd.; PricewaterhouseCoopers LLP; John W. Bendall, Jr.; Richard Geist; and any other non-parties who may be identified through discovery in this matter.

**Eighth Affirmative Defense**

8.    BAS is not entitled to attorneys' fees because its purported claim against CFS-Curacao does not derive from a statute or contract authorizing the recovery of attorneys' fees.

CFS-Curacao specifically reserves the right to assert additional affirmative defenses that may become apparent during the course of discovery.

## CFS-CURACAO'S REPLY TO BAS'S AFFIRMATIVE DEFENSES

CFS-Curacao, by and through undersigned counsel, hereby replies to BAS's Affirmative Defenses by denying and avoiding each and every Affirmative Defense and demanding strict proof thereof.

Dated: September 28, 2009

    Respectfully submitted,

    By: /s/ Dyanne E. Feinberg
    Lewis N. Brown
    Dyanne E. Feinberg
    Terence M. Mullen
    Elizabeth A. Izquierdo
    **GILBRIDE, HELLER & BROWN, P.A.**
    One Biscayne Tower, 15th Floor
    2 South Biscayne Blvd.
    Miami, Florida 33131
    Tel:   305-358-3580
    Fax:   305-374-1756

    Eliot Lauer (EL 5590)
    Michael Moscato (MM 6321)
    **CURTIS, MALLET-PREVOST, COLT**
      **& MOSLE LLP**
    101 Park Avenue
    New York, NY 10178
    Tel:   212-696-6000
    Fax:   212-697-1559

    *Attorneys for Defendant Citco Fund Services (Curacao), N.V.*