UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PENSION COMMITTEE OF THE UNIVERSITY OF MONTREAL PENSION PLAN, *et al.*,

        Plaintiffs,

v.

BANC OF AMERICA SECURITIES, LLC, CITCO FUND SERVICES (CURACAO) N.V., THE CITCO GROUP LIMITED, INTERNATIONAL FUND SERVICES (IRELAND) LIMITED, PRICEWATERHOUSECOOPERS (NETHERLANDS ANTILLES), JOHN W. BENDALL, JR., RICHARD GEIST, ANTHONY J. STOCKS, KIERAN CONROY, DECLAN QUILLIGAN, and INTERCARIBBEAN SERVICES, LIMITED,

        Defendants.

05 Civ. 9016 (SAS) (FM)

ECF Case

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Banc of America Securities LLC. I certify that I am admitted to practice in this Court.

Dated: November 19, 2009
      New York, New York

Respectfully submitted,

By: /s/ Lloyd S. Clareman
Lloyd S. Clareman
121 East 61st Street
New York, NY 10065
Tel.: (212) 751-1585
Email: Lloyd.Clareman@clareman.com

Lloyd S. Clareman
121 East 61st Street
New York, NY 10065
Tel.: (212) 751-1585
Email: Lloyd.Clareman@clareman.com
*Attorney for Defendant Banc of America Securities LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PENSION COMMITTEE OF THE UNIVERSITY OF MONTREAL PENSION PLAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BANC OF AMERICA SECURITIES, LLC, CITCO FUND SERVICES (CURACAO) N.V., THE CITCO GROUP LIMITED, INTERNATIONAL FUND SERVICES (IRELAND) LIMITED, PRICEWATERHOUSECOOPERS (NETHERLANDS ANTILLES), JOHN W. BENDALL, JR., RICHARD GEIST, ANTHONY J. STOCKS, KIERAN CONROY, DECLAN QUILLIGAN, and INTERCARIBBEAN SERVICES, LIMITED,<br><br>Defendants. | 05 Civ. 9016 (SAS) (FM)<br><br>ECF Case |

## CERTIFICATE OF SERVICE

I, Lloyd S. Clareman, certify that on this 19th day of November, 2009, I caused the foregoing notice of appearance to be served upon the following *pro se* parties as indicated below:

Dr. Richard Geist
1905 Beacon Street
Waban, MA 02468
(*By first class mail*)

John W. Bendall, Jr.
130 East 75th Street
New York, NY 10021
(*By first class mail*)

/s/ Lloyd S. Clareman
Lloyd S. Clareman