UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| THE PENSION COMMITTEE OF THE UNIVERSITY OF MONTREAL PENSION PLAN, *et al.*, | |
| Plaintiffs, | 1:05-CV-09016 (SAS) (FM) |
| - against - | ECF Case |
| BANC OF AMERICA SECURITIES, LLC, CITCO FUND SERVICES (CURACAO) N.V., THE CITCO GROUP LIMITED, INTERNATIONAL FUND SERVICES (IRELAND) LIMITED, PRICEWATERHOUSECOOPERS (NETHERLANDS ANTILLES), JOHN W. BENDALL, JR., RICHARD GEIST, ANTHONY J. STOCKS, KIERAN CONROY, and DECLAN QUILLIGAN, | |
| Defendants. | |

-----------------------------------------------------------------X

### NOTICE OF SECOND MOTION OF DEFENDANTS CITCO FUND SERVICES (CURACAO), N.V., KIERAN CONROY, DECLAN QUILLIGAN, AND ANTHONY J. STOCKS FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the Memorandum of Law of Defendants Citco Fund Services (Curacao), N.V., Kieran Conroy, Declan Quilligan and Anthony J. Stocks (the "Citco Defendants") and upon the accompanying Rule 56.1 Statement of Undisputed Facts and Declaration of Terence M. Mullen in support thereof, dated January 15, 2010, the Citco Defendants, by their undersigned counsel, will move this Court before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, 10007, for the entry of an Order granting partial summary judgment in favor of the Citco Defendants, and granting such other relief as this Court may deem just and proper.

Dated: January 15, 2010

        Respectfully submitted,

By  /s/ Terence M. Mullen
Lewis N. Brown
Dyanne E. Feinberg
Terence M. Mullen
Elizabeth A. Izquierdo
**GILBRIDE, HELLER & BROWN, P.A.**
One Biscayne Tower, 15th Floor
2 South Biscayne Blvd.
Miami, FL 33131
Tel:    305-358-3580
Fax:   305-374-1756

Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
**CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP**
101 Park Avenue
New York, NY 10178
Tel:    212-696-6000
Fax:   212-697-1559

*Attorneys for Defendants Citco Fund Services (Curacao), N.V., Anthony J. Stocks, Kieran Conroy and Declan Quilligan*