UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                      :

THE PENSION COMMITTEE OF THE        :
UNIVERSITY OF MONTREAL PENSION   :
PLAN, *et al.*,                                   :

                       Plaintiffs,     :   1:05-CV-09016 (SAS) (FM)

- against -                                  :

BANC OF AMERICA SECURITIES, LLC, *et al.*,  :

                       Defendants.   :
------------------------------------------------------------------x

### NOTICE OF PLAINTIFFS' MOTION
### *IN LIMINE* TO EXCLUDE EVIDENCE OF
### SPOLIATION BY NEGLIGENT PLAINTIFFS

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion *In Limine* to Exclude Evidence of Spoliation by Negligent Plaintiffs and all prior pleadings and proceedings in this action, plaintiffs, by their undersigned counsel, will move this Court before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, 10007, for entry of an order excluding from evidence at trial all evidence concerning the document collection and preservation efforts of, and any spoliation or alleged spoliation by, plaintiffs The Altar Fund, Pension Committee of the Pension Plan for the Regime De Retraite De La Corporation De L'Ecole Polytechnique, Okabena Marketable Alternatives Fund, LLC, the Corbett Family Charitable Foundation, Commonfund Global Hedged Partners, LLC, Kuwait and Middle East Financial Investment Company and the Pension Committee of the University of Montreal Pension Plan, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
      February 8, 2010

                                          FRIEDMAN KAPLAN SEILER &
                                            ADELMAN LLP

                                          s/ Scott M. Berman
                                          Scott M. Berman (sberman@fklaw.com)
                                          Anne E. Beaumont
                                          Amy C. Brown
                                          Robert S. Landy
                                          Andrew S. Pak
                                          1633 Broadway
                                          New York, New York 10019
                                          (212) 833-1100

                                          *Attorneys for Plaintiffs*