UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
THE PENSION COMMITTEE OF THE :
UNIVERSITY OF MONTREAL PENSION :
PLAN, *et al.,* :
:
                        Plaintiffs, :   1:05-CV-09016 (SAS) (FM)
:
    - against - :   ECF Case
:
BANC OF AMERICA SECURITIES, LLC, CITCO :
FUND SERVICES (CURACAO) N.V., THE CITCO :
GROUP LIMITED, INTERNATIONAL FUND :
SERVICES (IRELAND) LIMITED, :
PRICEWATERHOUSECOOPERS (NETHERLANDS :
ANTILLES), JOHN W. BENDALL, JR., RICHARD :
GEIST, ANTHONY J. STOCKS, KIERAN :
CONROY, and DECLAN QUILLIGAN, :
:
                        Defendants. :
:
-----------------------------------------------------------------X

### NOTICE OF MOTION IN LIMINE OF DEFENDANTS CITCO FUND SERVICES (CURACAO), N.V., THE CITCO GROUP LIMITED, KIERAN CONROY, AND DECLAN QUILLIGAN TO EXCLUDE EVIDENCE OF CERTAIN TRADE JOURNAL ARTICLES, MARKETING MATERIALS, AND PRINT-OUTS FROM THE CITCO DEFENDANTS' WEBSITE

PLEASE TAKE NOTICE that, upon the Memorandum of Law of Defendants Citco Fund Services (Curacao), N.V., The Citco Group Limited, Kieran Conroy, and Declan Quilligan (the "Citco Defendants") in Support of their Motion in Limine To Exclude Evidence of Certain Trade Journal Articles, Marketing Materials, and Print-Outs from the Citco Defendants' Website dated February 8, 2010, the Citco Defendants, by their undersigned counsel, will move this Court before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, 10007, for the entry of an Order granting the motion in limine, and such other relief as this Court may deem just and proper.

Dated: February 8, 2010

                                  Respectfully submitted,

                                  By  /s/ Elizabeth A. Izquierdo
Lewis N. Brown
Dyanne E. Feinberg
Terence M. Mullen
Elizabeth A. Izquierdo
**GILBRIDE, HELLER & BROWN, P.A.**
One Biscayne Tower, 15th Floor
2 South Biscayne Blvd.
Miami, FL 33131
Tel:    305-358-3580
Fax:    305-374-1756

Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
**CURTIS, MALLET-PREVOST, COLT**
   **& MOSLE LLP**
101 Park Avenue
New York, NY 10178
Tel:    212-696-6000
Fax:    212-697-1559

*Attorneys for Defendants Citco Fund Services (Curacao), N.V., The Citco Group Limited, Kieran Conroy and Declan Quilligan*

2