UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
THE PENSION COMMITTEE OF THE :
UNIVERSITY OF MONTREAL PENSION :
PLAN, *et al.*, :
:
:
       Plaintiffs, : 1:05-CV-09016 (SAS) (FM)
:
  - against - : ECF Case
:
BANC OF AMERICA SECURITIES, LLC, CITCO :
FUND SERVICES (CURACAO) N.V., THE CITCO :
GROUP LIMITED, INTERNATIONAL FUND :
SERVICES (IRELAND) LIMITED, :
PRICEWATERHOUSECOOPERS (NETHERLANDS :
ANTILLES), JOHN W. BENDALL, JR., RICHARD :
GEIST, ANTHONY J. STOCKS, KIERAN :
CONROY, and DECLAN QUILLIGAN, :
:
       Defendants. :
:
-----------------------------------------------------------------X

**NOTICE OF MOTION OF DEFENDANTS CITCO FUND SERVICES (CURACAO), N.V., KIERAN CONROY AND DECLAN QUILLIGAN REGARDING THE APPLICATION OF CPLR § 214(4)'s THREE-YEAR STATUTE OF LIMITATIONS TO PLAINTIFFS' NEGLIGENT MISREPRESENTATION CLAIMS**

  PLEASE TAKE NOTICE that, upon the Memorandum of Law of Defendants Citco Fund Services (Curacao), N.V., Kieran Conroy and Declan Quilligan (the "Citco Defendants") in Support of their Motion Regarding the Application of CPLR § 214(4)'s Three-Year Statute of Limitations to Plaintiffs' Negligent Misrepresentation Claims dated March 4, 2010, the Citco Defendants, by their undersigned counsel, will move this Court before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, 10007, for the entry of an Order granting the motion, and such other relief as this Court may deem just and proper.

Dated: March 4, 2010

                        Respectfully submitted,

                        By  /s/ Lewis N. Brown
                        Lewis N. Brown
                        Dyanne E. Feinberg
                        Terence M. Mullen
                        Elizabeth A. Izquierdo
                        **GILBRIDE, HELLER & BROWN, P.A.**
                        One Biscayne Tower, 15th Floor
                        2 South Biscayne Blvd.
                        Miami, FL 33131
                        Tel:     305-358-3580
                        Fax:    305-374-1756

                        Eliot Lauer (EL 5590)
                        Michael Moscato (MM 6321)
                        **CURTIS, MALLET-PREVOST, COLT**
                           **& MOSLE LLP**
                        101 Park Avenue
                        New York, NY 10178
                        Tel:     212-696-6000
                        Fax:    212-697-1559

                        *Attorneys for Defendants Citco Fund Services (Curacao), N.V., The Citco Group Limited, Kieran Conroy and Declan Quilligan*