UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE PENSION COMMITTEE OF THE
UNIVERSITY OF MONTREAL PENSION
PLAN, *et al.*,

                            Plaintiffs,

       - against -

BANC OF AMERICA SECURITIES, LLC, *et al.*,

                           Defendants.

------------------------------------------------------------x

1:05-CV-09016 (SAS) (FM)

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/10

       WHEREAS, the Court is advised that plaintiffs HSBC Private Bank, a division of HSBC Bank (USA) National Association (formerly known as HSBC Republic (USA) Inc.) and First Trust Corp., as Trustee f/b/o Joseph Cueter, Paul J. Simon and Shirley A. Simon (the "Withdrawing Plaintiffs") wish to voluntarily dismiss their claims against all defendants in this action;

       WHEREAS, the Court is advised that none of the defendants has any objection to the dismissal of the Withdrawing Plaintiffs' claims;

       NOW, upon due consideration of the Withdrawing Plaintiffs' request, it is

       ORDERED, pursuant to Federal Rule Civil Procedure 41(a)(2) that the Withdrawing Plaintiffs' claims in this action are dismissed as against all defendants.

Dated: New York, New York
          March 12, 2010

                                                  SHIRA A. SCHEINDLIN, U.S.D.J.

839149.1